**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ECAP HOLDINGS, LLC** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **vs.** § | |
| § | |
| **QUIXOTIC FARMING, LLC; T. LANE** § | |
| **CONSTANT; RANDY CONSTANT;** § | |
| **WILLIAM O'CONNOR; KENT DRYER;** § | |
| **QUIXOTIC INVESTMENTS, LLC;** § | **Case No. 18-2193** |
| **PESCADO, LLC; TRUE SON LEASING;** § | |
| **THE ZOU  LEASING AND** § | |
| **INNOVATIVE AQUACULTURE** § | |
| **ALLIANCE, LLC;** § | |
| § | |
| **Defendants.** § | |

## AGREED MOTION TO DISMISS

Plaintiff ECAP Holdings, LLC and Defendants Quixotic Farming, LLC; T. Lane Constant; Randy Constant; William O'Connor; Kent Dryer; Quixotic Investments, LLC; Pescado, LLC; True Son Leasing; The Zou Leasing; and Innovative Aquaculture Alliance, LLC (collectively, "*Defendants*") by and through their attorneys of record hereby advise the Court that they have reached a settlement in the above-captioned matter and request the Court enter an order of dismissal on the following terms in light of their settlement agreement:

1. The terms of the parties' settlement agreement were fully consummated on January 31, 2020.

2. Accordingly, the parties respectfully request that the Court enter an order that dismisses this matter with prejudice, with each party to bear its own costs and attorney's fees, but with the Court retaining jurisdiction to enforce the settlement agreement.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court enter an order dismissing this case with prejudice.

Dated: February 10, 2020

**Agreed as to form and substance:**


**PULS HANEY, P.L.L.C.**

By: */s/ Christopher G. Lyster*     
**Mark A. Haney**
Texas State Bar No. 08908480
Mark@pulshaney.com
**W. Kelly Puls**
Texas State Bar No. 16393350
Kelly@pulshaney.com
**Christopher G. Lyster**
Texas State Bar No. 12746250
Chris@pulshaney.com
301 Commerce St., Suite 2900
Fort Worth, Texas 76102
Telephone: (817) 338-1717

**ATTORNEYS FOR PLAINTIFF**

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Haleigh Jones*     
**Trey Crawford**
Texas State Bar No. 24059623
tcrawford@cwl.law
**Haleigh Jones**
Texas State Bar No. 24097899
hjones@cwl.law

1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 817-4509

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5(b)(3), I hereby certify a true and correct copy of the foregoing document was electronically filed on February 10, 2020.

*/s/ Haleigh Jones*
Haleigh Jones
